IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW MARK SOUTHEY,<br><br>    Defendant. | Case No. 26-CR-005-GKF |

**Motion to Strike Summons and Arraignment**

The United States moves the Court to strike the summons and corresponding arraignment scheduled for January 12, 2026, at 2:00 p.m. because the defendant is in United States Marshals' custody, and he has not yet been designated for transportation from the District of New Jersey. In support of this motion, the United States offers the following:

1. On December 8, 2025, a complaint and corresponding arrest warrant against Defendant Southey was issued in the Northern District of Oklahoma, 25-MJ-1040-JFJ. (Dkt. No. 1).

2. The defendant was arrested on the complaint on December 9, 2025, in Newark, New Jersey. The defendant's initial appearance and detention hearing occurred on the same day in the District of New Jersey. *United States v. Andrew Mark Southey*, 25-MJ-10277-MAH, Dkt. Nos. 2, 6 (D. N.J. Dec. 9, 2025). Following his detention hearing, the defendant was detained and remanded into United States

Marshals' custody. *United States v. Andrew Mark Southey*, 25-MJ-10277, Dkt. No. 6 (D.N.J. Dec. 9, 2025).

3. On January 5, 2026, a Federal Grand Jury in the Northern District of Oklahoma indicted the defendant, resulting in the above-styled case number. (Dkt. No. 5). In conjunction with that Indictment, the government sought issuance of a summons to secure the defendant's appearance. (Dkt. No. 7).

4. On January 7, 2026, the United States Marshal Service in the Northern District of Oklahoma learned the defendant had not yet been designated for transportation from the District of New Jersey to the Northern District of Oklahoma. His designation for transportation remains unconfirmed as of January 9, 2026.

5. The government is aware that once the defendant arrives in USMS Custody in the Northern District of Oklahoma, the USMS will inform the government and the Court, allowing the Court to schedule his initial appearance on the Indictment.

For the reasons set out in this motion, the United States respectfully requests the strike the summons and corresponding arraignment scheduled for January 12, 2026, at 2:00 p.m.

        Respectfully submitted,

        CLINTON J. JOHNSON
        United States Attorney

        __/s/ *Valeria Luster*_____
        Valeria Luster, OBA No. 32451
        Assistant United States Attorney
        110 West Seventh Street, Suite 300
        Tulsa, Oklahoma 74119-1029
        (918) 382-2700