IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

United States of America     Plaintiff(s),

vs.

Andrew Mark Southey     Defendant(s).

Case No.: 4:26-CR-5-GKF

**Criminal Information Sheet & Minutes**

Date: 1/23/2026     Interpreter: ☐ Yes ☒ No

Magistrate Judge Little     Deputy Tami Calico     USPO G. Russell

Date of Arrest: 1/23/2026     Arrested by: USMS     ☒ Detention requested by AUSA

Bail Recommendation: ☐ Unsecured

Additional Conditions of Release Recommendation:
- ☐ a. ☐ b. ____
- ☐ c. ☐ d. ☐ e. ☐ f. ☐ g. ☐ h
- ☐ i. ☐ j. ☐ k. ☐ l.
- ☐ m. (☐ i, ☐ ii, ☐ iii, ☐ iv)
- ☐ n. ____
- ☐ o. ☐ p. ☐ q. ☐ r. ☐ s. ☐ t. ____
- ☐ u. (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
- ☐ v. (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
- ☐ w. (☐ 1, ☐ 2)
- ☐ x. (other) ____

Defendant requests Federal Public Defender/Ct. Appt. Counsel: ☐ Yes ☐ No

Defendant's Attorney: *Stephen Layman. Appeared not appointed*     ☐ FPD; ☒ Ct Appt; ☐ Ret Cnsl; ☐ Counsel not present, to be appt on appearance

AUSA: Valeria Luster

**MINUTES:**

Interpreter: ____; ☐ Sworn

☒ Defendant appeared in person for IA on: ☒ Indictment; ☐ Information; ☐ Complaint; ☐ Petition on PTR/SR/Prob; ☐ Rule 5

☒ Financial Affidavit received and FPD/CJA appointed

☐ Defendant verified their name, as reflected in the indictment/information/complaint/petition/Rule 5, is their true and correct legal name

☐ Defendant stated their true and correct name is:

____     ____     ____     ____
First/Fore-/Given Name(s)     Middle Name(s)     Last/Sur-/Family Name(s)     Suffix

☐ Government requested; and ☐ Court ordered:
- ☐ Defendant's name be added as an a/k/a
- ☐ Defendant's name be corrected by interlineation to reflect Defendant's true and correct name as stated in open court and all previous filings are amended by interlineation to reflect the same

☐ Waivers executed and filed: ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings

☐ Bond set for ____; Bond and conditions of release executed ☐ Did judge grant an oral motion to stay the release order?

☐ Arraignment held and Defendant pleads not guilty; Court accepts plea; ☐ Scheduling dates to be mailed to counsel

☒ Initial Appearance continued to: 1-29-26 at 2:00 a.m./p.m.

☒ Arraignment scheduled: 1-29-26 at 2:00 a.m./p.m.

☐ Detention Hearing scheduled: ____ at ____ a.m./p.m.

☐ Preliminary Exam scheduled: ____ at ____ a.m./p.m.

☒ Defendant detained and remanded to custody of U.S. Marshal:
- ☒ Pending further proceeding; ☐ Pending release on bond for treatment

☐ Defendant to remain released on previous conditions

☒ Motion for Detention # 12 : ☐ Granted; ☐ Denied; ☒ Moot per Defendant's waiver of detention hearing

☒ Motion for Hearing # 13 : ☐ Granted; ☐ Denied; ☒ Moot per Defendant's waiver of detention hearing

Additional Minutes: *Continued for defendant to hire counsel*

Criminal Information Sheet CR-24 (07/2024)