

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

**FILED**
JAN 29 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
Plaintiff(s)

vs.

ANDREW MARK SOUTHEY
Defendant(s)

Case Number: CR-26-0005-GKF

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:
Andrew Mark Southey

---

January 29, 2026
Date

Type of Appointment: ✔ Retained  ☐ CJA
☐ FPD  ☐ Pro Bono  ☐ Pro Se

34135
Oklahoma State Bar Number (If Applicable)

Ismail@jpcannonlawfirm.com
e-mail address

s/ Ismail M. Calhoun
Signature

Ismail M. Calhoun
Print Name

CANNON & ASSOCIATES
Firm Name

401 N. Hudson Ave, Suite 100
Mailing Address

Oklahoma City     OK    73102
City              State Zip Code

(405) 657-2323    (405) 657-2413
Phone Number      Fax Number

# Certificate of Service

I hereby certify that on 01/29/2026 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Valeria Luster, Assistant United States Attorney

I hereby certify that 1/29/26 (Date), I served the same document by:

☐ U.S. Postal Service  ☐ In Person Delivery

☐ Courier Service  ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

s/ Ismail M. Calhoun
Signature