IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 26-CR-005-GKF |
| ANDREW MARK SOUTHEY, | |
| Defendant. | |

## ENTRY OF APPEARANCE

The United States of America, by Reagan V. Reininger, Assistant United States Attorney for the Northern District of Oklahoma, hereby enters her appearance as counsel to prosecute the forfeiture matters of the case for the United States of America.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

/s/ *Reagan V. Reininger*
REAGAN V. REININGER, OBA #22326
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, OK   74119
Telephone: (918) 382-2700
Email:   reagan.reininger@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2026, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

                                        /s/ *Caytlynn Brown*
                                        CAYTLYNN BROWN, Data Analyst