# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                                    Plaintiff,

vs.                                                    Case No.: CR-25-0005-GKF

ANDREW MARK SOUTHEY                    **WAIVER OF SPEEDY TRIAL**

                                    Defendant.

The Defendant, <u>Andrew Mark Southey</u> ("Defendant") acknowledges that he has been fully advised of his right to a speedy trial and understands that right has been guaranteed by the Sixth Amendment of the United States Constitution and by the Speedy Trial Act, 18 U.S.C. § 3161. With such knowledge, Defendant freely and voluntarily waives his right to a speedy trial herein. Defendant requests the Court find that the ends of justice served by granting the continuance outweigh the interests of the public and Defendant in a speedy trial.

Defendant specifically requests that all delays resulting from a continuance of his jury trial from 3-16-26 to 6-1-26 be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161, et. seq.

_____
Defendant

1/29/26
_____
Date

I have consulted with my client, Defendant, who has expressed a clear and unequivocal understanding of the right to speedy trial and voluntarily waived such right as set forth herein.

_____
Attorney for Defendant

1-29-26
_____
Date