UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>vs.                                           Plaintiff,<br><br>ANDREW MARK SOUTHEY<br>                                           Defendant. | Case No.: CR-25-0005-GKF<br><br>WAIVER OF SPEEDY TRIAL |

      The Defendant, <u>Andrew Mark Southey</u> ("Defendant") acknowledges that he has been fully advised of his right to a speedy trial and understands that right has been guaranteed by the Sixth Amendment of the United States Constitution and by the Speedy Trial Act, 18 U.S.C. § 3161. With such knowledge, Defendant freely and voluntarily waives his right to a speedy trial herein. Defendant requests the Court find that the ends of justice served by granting the continuance outweigh the interests of the public and Defendant in a speedy trial.

      Defendant specifically requests that all delays resulting from a continuance of his jury trial from <u>3-16-26</u> to <u>6-15-26</u> be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161, et. seq.

_/s/ signature_
Defendant

1/29/26
Date

      I have consulted with my client, Defendant, who has expressed a clear and unequivocal understanding of the right to speedy trial and voluntarily waived such right as set forth herein.

_/s/ signature_
Attorney for Defendant

1-29-26
Date