# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO. CR-26-0005-GKF |
| ANDREW MARK SOUTHEY, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE JURY TRIAL AND EXTEND PRETRIAL MOTION DEADLINES

COMES NOW, the Defendant, Andrew Mark Southey, by and through his attorney of record, Ismail M. Calhoun of Cannon & Associates, respectfully requests this Court, pursuant to Local Rule LCrR12.1(f), to continue jury trial set for March 16, 2026, to June 15, 2026. Defendant would also request the pretrial motions deadline be reset in accordance with the new trial date. Defendant in the captioned cause states as follows:

1. On January 5, 2026, Mr. Southey was indicted by a federal grand jury and charged with Count one – Sexual Exploitation of a Child, in violation of 18 U.S.C. § 2251(a) and § 2251(e) and Count two – Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) and § 2252(b)(1). [Doc. No. 5].

2. On January 29, 2026, Mr. Southey was arraigned and entered a plea of not guilty. [Doc. No. 16].

3. Counsel for Mr. Southey moves to continue the trial date from March 16, 2026, to June 15, 2026.

4. Defendant filed a Waiver of Speedy Trial on Febuary 17, 2026. [Doc No. 23].

5. As grounds for this request, counsel states a continuance of the jury trial is necessary to provide counsel sufficient time to obtain and review discovery and complete any necessary investigation of facts critical to preparing a defense.

6. Counsel has spoken with the assigned Assistant United States Attorney, Valeria Luster, and is authorized to state that she has no objection to this motion.

7. No prior continuance of the trial date has been requested.

**WHEREFORE,** above premises considered, Mr. Southey requests that this Court continue the jury trial set on March 16, 2026 to the June 15, 2026 trial docket and set the pretrial motions deadline in accordance with that date.

Respectfully submitted,

*s/ Ismail M. Calhoun*
Ismail M. Calhoun, OBA No. 34135
CANNON & ASSOCIATES, P.L.L.C.
401 N. Hudson Avenue, Suite 100
Oklahoma City, Oklahoma 73102
Telephone: (405) 657-2323
Facsimile: (405) 657-2413
Email: Ismail@jpcannonlawfirm.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that on the 17th day of February 2026, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

      Valeria Gabrielle Luster
      Assistant United States Attorney

      s/ *Ismail M. Calhoun*
      Ismail M. Calhoun