**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

United States of America,

    Plaintiff,

vs.

Andrew Mark Southey,

    Defendant(s).

Case No.:    26-cr-00005-GKF
Date:    6/17/2026
Court Time:    to    *2:38pm – 2:52pm*

**MINUTE SHEET ARRAIGNMENT and/or CHANGE**
**of PLEA – Magistrate Judge – Felony Case**
*3:10pm – 3:30pm*

Jodi F. Jayne, U.S. Magistrate Judge    S. Lamoreaux-Cope, Deputy Clerk  Magistrate Courtroom 2

Counsel for Plaintiff:    Valeria Gabrielle Luster

Counsel for Defendant:  Ismail M. Calhoun    , Ret.

Probation Officer:    _____

Age of Defendant:    *57*    Interpreter:    _____  ☐ sworn

Defendant appears in person:  ☑ with Counsel;  ☐  Counsel waived;  ☐ w/o Counsel;  Defendant: ☑ sworn;

☑ Defendant Consents to Magistrate conducting Guilty Plea Hearing

☑ Defendant verified their name, as reflected in the indictment/information/complaint/petition/Rule 5, is their true and correct legal name

☐ Defendant stated their true and correct name is:

| First/Fore-/Given Name(s) | Middle Name(s) | Last/Sur-/Family Name(s) | Suffix |
|---|---|---|---|

☐ Government requested; and    ☐ Court ordered:

    ☐  Defendant's name be added as an a/k/a

    ☐  Defendant's name be corrected by interlineation to reflect the same

☑ Defendant acknowledges receipt of Indictment

☐ Defendant enters not guilty plea as to Count(s) _____ of the Indictment    ☐ Schedule to be entered

Defendant waives:    ☐ Indictment; ☑ Jury Trial;  ☐ Speedy Trial;  ☐ 30 Days Preparation; ☐ Separate Representation

    ☑ Waivers approved by Court;

Defendant advised of: ☑ charge and ☐ arraigned;  Indictment: ☐ Read ☑ Reading waived

☑ Defendant relates fact of charge

☑ Defendant withdraws not guilty plea(s) as to Count(s) *2* of the Indictment

☑ Defendant enters guilty plea to as to Count(s) *2* of the Indictment

☑ Remaining Count(s) to be dismissed at sentencing: *1*

☑ Petition to enter plea of Guilty sworn and executed

☐ Findings re: Plea Agreement made;  ☑ Findings re: Plea agreement reserved

☑ Defendant adjudged guilty as charged as to as to Count(s) *2* of the Indictment

☑ Petition ☑ and Plea Agreement disclosed in open Court and will be filed of record  ☑ PSI ordered

☐ SENTENCING SET _____ at  8:00 a.m.

☑ SENTENCING to be set by District Judge

☐ Defendant allowed to stand on present bond; ☐ Government stipulates, findings made

☑ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** _____