**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

United States of America,

Plaintiff,

vs.

Case No.: 26-cr-00005-GKF

Andrew Mark Southey,

Defendant(s).

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE FOR A CHANGE OF PLEA IN A FELONY CASE**

A United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged, including the maximum possible penalties which might be imposed if I am found guilty. A Magistrate Judge has also informed me of my right to the assistance of legal counsel. A Magistrate Judge has further informed me of my right to trial, judgment, and sentencing before a United States District Judge.

**I hereby waive (give up) my right to trial before a United States District Judge, and consent to a change of plea before a United States Magistrate Judge. I understand that I will be sentenced by a United States District Judge.**

Date: 6/17/2026

_____
Andrew Mark Southey, Defendant

_____
Attorney for Defendant

_____
Jodi F. Jayne, U.S. Magistrate Judge