## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                                        Plaintiff,

vs.                                                  Case No.: 26-cr-00005-GKF

Andrew Mark Southey,                      **WAIVER OF JURY TRIAL**

                                        Defendant.

    COMES NOW the undersigned defendant, and having been fully apprised of my rights, do hereby WAIVE my SIXTH AMENDMENT RIGHTS to a jury IN ALL RESPECTS both as to guilt or innocence and as to sentencing.

    Accordingly, I hereby CONSENT that all matters in the above styled and numbered criminal proceedings be determined by the Court in accordance with Rule 23, Federal Rules of Criminal Procedure.

_____
Andrew Mark Southey, Defendant

_____
Attorney for Defendant

CONSENT OF GOVERNMENT:

_____
Assistant United States Attorney

    Signed and approved in open court on 6/17/2026.

_____
Jodi F. Jayne, U.S. Magistrate Judge

Arraignment_Change_Of_Plea_MJ_Felony                                      (11/2021)