**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 26-CR-005-GKF |
| | ) |
| ANDREW MARK SOUTHEY, | ) |
| | ) |
| **Defendant.** | ) |

**PRELIMINARY ORDER OF FORFEITURE**

Now before the Court is the United States' Motion for Preliminary Order of Forfeiture (Doc. 35). Based upon defendant Andrew Mark Southey's guilty plea, plea agreement, the record, and the nexus between the identified property and the offense of which Defendant has been found guilty, the Court finds that the motion should be granted.

Pursuant to 18 U.S.C. 2253(a), a preliminary order of forfeiture shall be entered whereby the following property is preliminarily forfeited to the United States and the forfeiture of such property shall be made part of Defendant's sentence and included in the judgment:

**ELECTRONICS**

1. A Dell G16-7630 laptop computer, serial number B1GP754; and

2. A Motorola, Moto G cellular phone, IMEI 351894943429366.

The United States shall publish notice of this Order and its intent to dispose of the property pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6). The United States shall also give notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceedings.

Upon the entry of this Order, the United States is authorized to seize or retain custody of the property in accordance with Fed. R. Crim. P. 32.2(b)(3).

Any person, other than Defendant, asserting a legal interest in the property may, within thirty (30) days of the final publication of notice or the receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the alleged interest.

Following the Court's disposition of any timely petition filed, a final order of forfeiture shall be entered. If a third-party petition to the property is not timely filed, the preliminary order of forfeiture will become the final order of forfeiture as provided by Fed. R. Crim. P. 32.2(c)(2), and all right, title, and interest will vest in the United States for disposition according to law.

**IT IS THEREFORE ORDERED** that, pursuant to 18 U.S.C. § 2253(a), the United States' Motion for Preliminary Order of Forfeiture (Doc. 35) is **granted**, and the referenced property is preliminarily forfeited to the United States.

**IT IS FURTHER ORDERED** that pursuant to Fed. R. Crim. P. 32.2(c)(1)(B), the United States may commence discovery proceedings and the issuance of subpoenas pursuant to Fed. R. Civ. P. 45, at the time that any petitions are filed.

**IT IS FURTHER ORDERED** that the United States shall initiate proceedings necessary to protect third-party interests, if any, pursuant to and in accordance with Rule 32.2.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**DATED** this 17th day of July, 2026.

**GREGORY K. FRIZZELL**
**UNITED STATES DISTRICT JUDGE**